UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. _____

UNITED STATES OF AMERICA                                                PLAINTIFF

VS.

JASON H. FITZGERALD                                                     DEFENDANTS
7211 US HIGHWAY 62 EAST
CYNTHIANA, KY  41031

HSBC MORTGAGE SERVICES, INC.
931 CORPORATE CENTER DRIVE
POMONA, CALIFORNIA  91768
   SERVE:   C T CORPORATION SYSTEM
                306 W. MAIN ST., STE. 512
                FRANKFORT, KY  40601

BANK TRUST FINANCIAL
F/K/A HARRISON DEPOSIT BANK & TRUST
   SERVE:   DARREN BROWN
                208 N. MAIN ST.
                HENDERSON, KY  42420

DISCOVER BANK (A DELAWARE CORPORATION)
   SERVE:   C T CORPORATION SYSTEM
                306 W. MAIN ST., STE. 512
                FRANKFORT, KY  40601

FIA CARD SERVICES, N.A.
   SERVE:   ANY OFFICER
                2401 STANLEY GULT PARKWAY
                LOUISVILLE, KY  40223

**LNV FUNDING, LLC**
  SERVE:   ANY OFFICER
             2210 GREENE WAY
             P.O. BOX 20067
             LOUISVILLE, KY  40250-0067

**ASSET ACCEPTANCE, LLC**
  SERVE:   ANY OFFICER
             CSC-LAWYERS INCORPORATING SERVICE COMPANY
             421 WEST MAIN STREET
             FRANKFORT, KY  40601

**BECKY EDWARDS**
**3809 DOVE CREEK COURT**
**LEXINGTON, KY  40517-2998**

**COUNTY OF HARRISON**
  SERVE:   BRADLEY VAUGHN, COUNTY ATTORNEY
             201 W. MAIN ST., STE. 3
             CYNTHIANA, KY  41031

**CITY OF CYNTHIANA**
  SERVE:   JOHN LAIR, CITY ATTORNEY
             115 E. PIKE STREET
             CYNTHIANA, KY  41031

**BOARD OF EDUCATION OF HARRISON COUNTY SCHOOLS**
**308 WEBSTER AVENUE**
**CYNTHIANA, KY  41031**

## COMPLAINT

\* \* \* \* \*

For its Complaint and cause of action against the Defendant JASON H. FITZGERALD, the Plaintiff, United States of America, by and through its counsel, the United States Attorney for the Eastern District of Kentucky, submits the following:

1. This action is brought by the United States of America on behalf of its agency, the Department of Agriculture, Farm Service Agency ("FSA"), pursuant to 28 U.S.C. § 1345.

2. This action is properly brought in the United States District Court for the Eastern District of Kentucky, as provided in 28 U.S.C. § 1391(b), because the real property that is the subject of this action is located within the Eastern District of Kentucky.

3. Defendant Jason H. Fitzgerald is the owner of the property that is the subject of this action.

4. On May 25, 2006, Defendant Jason H. Fitzgerald, for value received, executed and delivered to FSA a Promissory Note in the principal amount of $ 37,500.00, bearing interest at the rate of 5.125 percent per annum. Beginning April 1, 2007, principal and interest were payable in annual installments of $6,511.00, due on the 1st of each April until May 25, 2013, at which time any outstanding principal and interest would have become due and payable. A true copy of the Note is attached hereto, marked **Exhibit "A"**, and is hereby incorporated by reference as if set forth at length herein.

5. On April 10, 2008, Defendant Jason H. Fitzgerald, for value received, executed and delivered to FSA a Promissory Note in the principal amount of $18,220.00, bearing interest at the rate of 3.75 percent per annum. Beginning April 1, 2009, principal and interest were payable in annual installments of $3,008.00, due on the 1st of each April until April 10, 2015, at which time any outstanding principal and interest would have become due and payable. A true copy of the Note is attached hereto, marked **Exhibit "B"**, and is hereby incorporated by reference as if set forth at length herein.

6. On May 19, 2009, Defendant Jason H. Fitzgerald, for value received, executed and delivered to FSA a Promissory Note in the principal amount of $106,620.00, bearing interest at the rate of 2.375 percent per annum. Beginning April 1, 2010, principal and interest were payable in two installments. The first installment would be in the amount of $108,820.00. Any outstanding principal and interest would be due and payable on May 19, 2011. A true copy of the Note is attached hereto, marked **Exhibit "C"**, and is hereby incorporated by reference as if set forth at length herein.

7. To secure the Notes set out above in paragraphs 5 and 6, the Defendant Jason H. Fitzgerald executed, acknowledged, and delivered to FSA two real estate mortgages ("Mortgages") against the therein described property (the "Property") located in Harrison County at 7211 US Highway 62 East, Cynthiana, KY 41031. Both Mortgages were recorded in the Office of the Clerk of Harrison County, Kentucky. One Mortgage was executed on April 10, 2008 and was recorded on the same day in Mortgage Book 315, Page 269. The other Mortgage was executed on May 19, 2009 and was recorded on July 10, 2009, in Mortgage Book 327, Page 724. A copy of said Mortgages

are attached hereto, marked **Composite Exhibit "D"**, and are hereby incorporated by reference as if set forth at length herein. The Property is described as:

> Property Address: 7211 US Highway 62 E, Cynthiana, Kentucky 41031
>
> The following is a description of a parcel of land lying on the east side of Carr Road, 1,650 feet north of US 27 in Harrison County and more particularly described as follows:
>
> Beginning at an Iron Pin (set) in the west right-of-way of US 62, a corner to Earl C. Bills and Alice S. Bills, Deed Book 137, Page 555: thence leaving said road and with the line of Earl C. Bills and Alice S. Bills N42 degrees 44' 25" W- 71.89 feet to an Iron Pin (set) at a POST; thence N 42 degrees 44' 25" W - 47.33 feet to a POST, thence N 05 degrees 12' 31" W - 33.34 feet an Iron Pin (set) at a Hackberry; thence with a new made line over the land of William E. Edwards and James A. Edwards, Deed Book 173, Page 770, N 72 degrees 21' 26" W-46.70 feet to an Iron Pin (set) at a barn; thence N 60 degrees 25' 19" W-67.99 feet to an Iron Pin (set); thence S 27 degrees 37' 52" W - 261.51 feet to an Iron Pin (set); thence S 62 degrees 41' 46" E- 215.26 feet to an Iron Pin (set) in the West right-of-way of US 62; thence with the west right-of-way of US 62 N 31 degrees 53' 04" E - 68.49 feet thence N 34 degrees 40' 16" E-68.18 feet, thence N 41 degrees 46' 26" E- 63.98 feet to the Point of Beginning, containing 55.197 square feet or 1.267 acres, and being subject to all right-of-ways and easements of record and in existence.
>
> Being the same property conveyed to Jason Fitzgerald by special warranty deed dated September 7, 2006, and recorded in Deed Book 293 Page 591, in the office of the Harrison County Clerk.

8. Defendant Jason H. Fitzgerald has failed and continues to fail to make the principal and interest payments due in accordance with the terms and conditions of the Notes and Mortgages. Therefore, Defendant is in default under the terms of the Notes and Mortgages.

9. Paragraph (27) of the Mortgages provides that if default occurs in the performance or discharge of any obligation of the Mortgages, then the United States shall have the right to accelerate and declare the entire amount of all unpaid principal together with all accrued interest as being immediately due and payable and to bring an action to enforce the Mortgages. Because of the default set out above, FSA served upon Defendant Jason H. Fitzgerald a Notice of Acceleration of Indebtedness and Demand for Payment declaring the entire indebtedness upon the aforesaid Notes and Mortgages to be immediately due and payable. Said Notice of Acceleration is attached hereto as **Exhibit "E"**.

10. The unpaid principal balance of the Notes is $87,174.94, with accrued interest of $22,558.99 through October 16, 2018, for a total unpaid balance due of $109,733.93. Interest is accruing on the unpaid balance at a rate of $7.7698 per day after October 16, 2018.

11. Defendant HSBC MORTGAGE SERVICES, INC. may be claiming an interest in the Property that is the subject of this action by virtue of a Special Warranty Deed from James Fitzgerald to HSBC Mortgage Services, Inc., dated September 7, 2006, and recorded on September 25, 2006, in Deed Book 293, Page 591, at the office of the Clerk of Harrison County, Kentucky. The interest of HSBC Mortgage Services, Inc. is, according to Plaintiff's information and belief, superior to the lien of FSA and Plaintiff calls upon HSBC Mortgage Services, Inc. to assert its claim or interest, if any.

12. Defendant BANK TRUST FINANCIAL, f/k/a HARRISON DEPOSIT & TRUST COMPANY may be claiming an interest in the Property that is the subject of this

action by virtue of a mortgage from Defendant James H. Fitzgerald to Harrison Deposit & Trust Company, dated September 22, 2006, and recorded on September 25, 2006 in Deed Book 296, Page 490, at the office of the Clerk of Harrison County, Kentucky. The interest of Bank Trust Financial is, according to Plaintiff's information and belief, superior to the lien of FSA and Plaintiff calls upon Bank Trust Financial, Inc. to assert its claim or interest, if any.

13. Defendant DISCOVER BANK is made a party to this action by virtue of a judgment dated March 24, 2011, and recorded on April 4, 2011, in the office of the Clerk of Court for Harrison County, Kentucky, under Civil Case No. 10-CI-401 (Book 27, Page 45). This judgment is subordinate to the Mortgages of the Plaintiff.

14. Defendant FIA CARD SERVICES, N.A. is made a party to this action by virtue of a judgment dated January 16, 2013, and recorded on February 25, 2013, in the office of the Clerk of Court for Harrison County, Kentucky, under Civil Case No. 12-CI-193 (Book 30, Page 389). This judgment is subordinate to the Mortgages of the Plaintiff.

15. Defendant LVNV FUNDING, LLC is made a party to this action by virtue of a judgment dated November 21, 2013, and recorded on January 29, 2014, in the office of the Clerk of Court for Harrison County, Kentucky, under Civil Case No. 13-CI-00015 (Book 32, Page 52). This judgment is subordinate to the Mortgages of the Plaintiff.

16. Defendant ASSET ACCEPTANCE, LLC is made a party to this action by virtue of a judgment dated February 20, 2014, and recorded on April 7, 2014, in the office of the Clerk of Court for Harrison County, Kentucky, under Civil Case No. 13-CI-

00044 (Book 32, Page 200). This judgment is subordinate to the Mortgages of the Plaintiff.

17. The lien on the Property in favor of FSA by virtue of the Mortgages is first, prior, and superior to all other claims, interests, and liens in and to the Property, except for those liens mentioned in paragraphs 11 and 12 and liens securing the payment of *ad valorem* property taxes.

18. Defendant COUNTY OF HARRISON may be claiming an interest in and to the Property for unpaid *ad valorem* taxes. Said Defendant should come forth and assert its claim in and to the subject Property, or be forever barred.

19. Defendant CITY OF CYNTHIANA may be claiming an interest in and to the Property for unpaid *ad valorem* taxes. Said Defendant should come forth and assert its claim in and to the subject Property, or be forever barred.

20. Defendant COUNTY OF HARRISON may be claiming an interest in and to the Property for unpaid *ad valorem* taxes. Said Defendant should come forth and assert its claim in and to the subject Property, or be forever barred.

21. Defendant HARRISON COUNTY PUBLIC SCHOOLS may be claiming an interest in and to the subject Property for unpaid *ad valorem* taxes. Said Defendant should come forth and assert its claim in and to the subject Property, or be forever barred.

22. Defendant BECKY EDWARDS may be claiming an interest in and to the subject Property based on her dower rights. Becky Edwards was married to William E. Edwards, now deceased, when the latter acquired an interest in the Property recorded in

the Harrison County Clerk's Office at Deed Book 173, Page 770.  Becky Edwards and William E. Edwards divorced in 1989.

     23.    There are no other defendants known to Plaintiff purporting to have an interest in the subject Property.

     24.    There are no other parties know to FSA having an interest in the subject Property.

     25.    The United States does seek a deficiency judgment in this case.

WHEREFORE, Plaintiff, United States of America, on behalf of Farm Service Agency, demands:

     a.    Judgment against the Defendant Jason H. Fitzgerald for $109,733.93, consisting of its unpaid principal amount of $87,174.94 interest thereon in the amount of $22,558.99, plus interest of $7.7698 per day from October 16, 2018, to the date of the judgment, plus costs and expenses with interest after judgment as provided by law.

     b.    Judgment *in rem* against the interests of the Defendant Jason H. Fitzgerald in the subject real Property for $77,394.04, consisting of its unpaid principal amount of $64,488.18 interest thereon in the amount of $12,905.86, plus interest of $4.5843 per day from October 16, 2018, to the date of the judgment, plus costs and expenses with interest after judgment as provided by law.

     c.    That Farm Service Agency be adjudged to have a valid and enforceable lien on the Property, prior and superior to any and all other liens, claims, interests, and demands, except liens noted in paragraphs 11 and 12 and liens for unpaid real estate *ad valorem* taxes.  That Farm Service Agency's lien be enforced and the Property be sold in

accordance with 28 U.S.C. §§2001-2003, subject to easements, restrictions, and stipulations of record, liens for any city, state, county, or school *ad valorem* taxes which may be due and payable at the time of sale. That the proceeds from the sale be applied first to the costs of this action, then to the debt, interest, costs and fees due FSA, with the balance remaining to be distributed to the parties as their liens or interests may appear.

        d.       That the Property be adjudged indivisible and be sold as a whole.

        e.       That the Defendants be required to answer and set up their liens, claims, or interests in and to the Property, if any, or be forever barred, and that the foreclosure sale of the Property be free and clear of all such liens, claims and interests.

        f.       Any and all other relief to which Plaintiff may be entitled.

        Respectfully Submitted,

        ROBERT M. DUNCAN, JR.
        UNITED STATES ATTORNEY

        /s/ *Thomas Lee Gentry*
        Thomas Lee Gentry
        Assistant U.S. Attorney
        260 West Vine Street, Suite 300
        Lexington, KY 40507-1671
        (859) 685-4830
        Lee.Gentry@usdoj.gov